Commonwealth of Pennsylvania, Department of Transportation, Bureau of Traffic Safety, Appellant *v.* James E. Hafer, Jr., Appellee.

Argued September 8, 1980, before President Judge CRUMLISH and Judges MacPHAIL and WILLIAMS, JR., sitting as a panel of three.

*Harold H. Cramer,* Assistant Attorney General, with him *Robert W. Cunliffe,* Deputy Attorney General, and *Edward G. Biester, Jr.,* Attorney General, for appellant.

No appearance for the appellee.

OPINION BY PRESIDENT JUDGE CRUMLISH, October 20, 1980:

This is another in a long line of motor vehicle point system cases. The issues for review are (1) whether points vest at the time of violation and (2) does the successful completion of a special driver's examination prior to an ordered suspension have any effect upon the already vested points.

On September 12, 1977, the appellee was convicted of a motor vehicle violation that occurred on September 3, 1977. As of that violation date, the appellee had under Section 1539(a) of the Vehicle Code,[1] accumulated the requisite number of points (11) to warrant the suspension of his driving privileges.[2]

It is now the well settled interpretation of Section 1539(a) that points vest and are assessed at the time of the violation[3] rather than at the time of the conviction as was true under the "old" Vehicle Code.[4]

The subsequent passing of a special examination on November 29, 1977,[5] after the September 3, 1977 violation but before the December 8, 1977 suspension date does not affect this suspension.[6]

Order reversed.

ORDER

The order of the Court of Common Pleas, Civil Division of Berks County, dated January 24, 1978, is hereby reversed.

---

[1] Section 1539(a) of the Vehicle Code, 75 Pa. C. S. §1539(a).

[2] Section 1539(a) of the Vehicle Code states:

(a) General Rule—When any person's record shows an accumulation of 11 points or more, the department shall suspend the operating privilege of the person. . . .

[3] *Department of Transportation, Bureau of Traffic Safety v. Sherwood,* 51 Pa. Commonwealth Ct. 117, 414 A.2d 151 (1980), and *Department of Transportation, Bureau of Traffic Safety v. Sheets,* 49 Pa. Commonwealth Ct. 175, 410 A.2d 1295 (1980).

[4] *See* Section 619.1(b) of The Vehicle Code, Act of April 29, 1959, P.L. 58, *as amended,* 75 P.S. §619.1, repealed by the Act of June 17, 1976, P.L. 162.

[5] Such test is statutorily required by Section 1538(a) of the Vehicle Code.

[6] The decisions of this Court in *Department of Transportation, Bureau of Traffic Safety v. Sherwood* and *Department of Transportation, Bureau of Traffic Safety v. Sheets, supra* n. 3, are controlling.